An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

REESE ROBERT WALDRON,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67048

**FILED**

FEB 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
       DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a district court order denying a motion to appoint counsel. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Because no statute or court rule permits an appeal from an order denying a motion to appoint counsel, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:     Hon. Robert W. Lane, District Judge
        Reese Robert Waldron
        Attorney General/Carson City
        Nye County District Attorney
        Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04470